**Abdirashid WABERI, Petitioner,**

v.

**John D. ASHCROFT, Attorney General of the United States, Respondent.**

No. 02–2815.

United States Court of Appeals, Eighth Circuit.

Submitted May 19, 2003.

Decided June 26, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Somali citizen Abdirashid Waberi petitions for review of an order of the Board of Immigration Appeals, which affirmed an

Immigration Judge's denial of Waberi's application for asylum and withholding of removal, and the denial of his motion to reopen for consideration of a claim under the Convention Against Torture. After careful review of the record, we deny the petition because the evidence does not compel reversal. *See Navarijo–Barrios v. Ashcroft,* 322 F.3d 561, 562 (8th Cir.2003) (court is obligated to affirm unless asylum applicant shows that evidence not only supports reversal but compels it). In addition, we conclude Waberi's claims for withholding of removal and relief under the Convention Against Torture fail. *See* 8 C.F.R. § 208.16(c)(2) (2002); *Francois v. INS,* 283 F.3d 926, 931 (8th Cir.2002).

Accordingly, we deny the petition.

A true copy.